1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   BERNARD U. AKAGHA,                          Case No.: 1:25-cv-01219-JLT-SKO

12                      Plaintiff,
                                                 **ORDER TO SHOW CAUSE IN WRITING**
13          v.                                   **WHY ACTION SHOULD NOT BE**
                                                 **DISMISSED FOR FAILURE TO**
14   AFFINIA DEFAULT SERVICES, LLC.,             **PROSECUTE**
     et al.
15                                               **21-DAY DEADLINE**

16                      Defendants.

17

18          Plaintiff Bernard U. Akagha proceeds *pro se* in this diversity action.[1]

19          On September 22, 2025, Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper

20   (erroneously sued as Mr. Cooper) and Lakeview Loan Servicing, LLC filed a motion to dismiss

21   Plaintiff's complaint. (Doc. 3.)

22          Pursuant to Eastern District of California Local Rule 230(c) and Federal Rule of Civil

23   Procedure 26(c), Plaintiff's opposition or a statement of non-opposition to Defendants' motion to

24   dismiss was due on October 9, 2025. Although more than the provided time has passed, Plaintiff

25   failed to any pleading. (*See* Docket).

26          Accordingly, the Court ORDERS Plaintiff, within 21 days, to show cause in writing why

27

28   [1] Plaintiff originally filed his complaint in the Fresno County Superior Court. The action was removed to
     this Court on September 15, 2025. (*See* Doc. 1.)

1   this action should not be dismissed for his failure to prosecute.  Alternatively, within that same

2   time, Plaintiff may file an opposition or a statement of non-opposition to Defendants' motion to

3   dismiss.

4        In light of this Order to Show Cause, the Court VACATES the hearing set for October 31,

5   2025, to be reset at a later date if appropriate.

6        **Failure to comply with this order will result in a recommendation that this case be**

7   **dismissed for failure to prosecute**.

8
    IT IS SO ORDERED.
9

10  Dated:   **October 15, 2025**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28