UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD U. AKAGHA,<br><br>  Plaintiff,<br><br>  v.<br><br>AFFINIA DEFAULT SERVICES, LLC, et al.,<br><br>  Defendants. | Case No. 1:25-cv-01219-JLT-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. 7) |

    Bernard U. Akagha is proceeding *pro se* in this action that was removed from Fresno County Superior Court by Defendants Affinia Default Services, LLC, Lakeview Loan Servicing, LLC, and Nationstar Mortgage LLC d/b/a Mr. Cooper on September 15, 2025. (Doc. 1.)

    On September 22, 2025, Lakeview Loan Servicing, LLC and Nation Star Mortgage LLC filed a motion to dismiss. (Doc. 3). When Plaintiff did not file a response to the motion to dismiss or file a notice of non-opposition, the assigned magistrate judge ordered Plaintiff to show cause why the action should not be dismissed for his failure to respond to the motion to dismiss as required by the local rules and for failure to prosecute this case. (Doc. 6.) The Court warned him that failure to comply with the Court's order would result in a recommendation that the action be dismissed. (*Id.* at 2.) Plaintiff again did not respond. The assigned magistrate judge then issued findings and recommendations recommending that this action be dismissed. (Doc. 7).

    The Court served the findings and recommendations on Plaintiff and notified him that any

objections thereto were to be filed within 21 days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed. (*See* Docket).

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 12, 2025, (Doc. 7), are adopted in full;

2. This action is dismissed due to plaintiff's failure to obey court orders and failure to prosecute this action; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 12, 2025**

UNITED STATES DISTRICT JUDGE

2